1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  RAMIRO BADAJOZ,          )      Case No. EDCV 08-1554-VAP
                             )      (OPx)
12              Plaintiff,   )
                             )      **JUDGMENT**
13       v.                  )
                             )
14  CAL-WESTERN RECONVEYANCE )
    CORPORATION, NATIONAL    )
15  CITY MORTGAGE COMPANY, a )
    Division of NATIONAL     )
16  CITY BANK, and DOES 1-   )
    50, inclusive,           )
17                           )
                Defendants.  )
18  _____)

19

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20

21      Pursuant to the Order filed herewith, IT IS ORDERED

    AND ADJUDGED that Plaintiff's Complaint is DISMISSED

22

    WITHOUT PREJUDICE.  The Court orders that such judgment

23

    be entered.

24

25

26

    Dated: <u>December 1, 2008</u>

27                                _____
                                    VIRGINIA A. PHILLIPS
28                                United States District Judge